# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>ALVARO SERRANO ARCHBOLD-MANNER, et, al.<br><br>DOB:               PDID: | **DOCKET NO:**<br>05-342 - 10 | **MAGIS. NO:** |
| | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**<br><br>CARLOS DELGADO-GOMEZ<br>a/k/a Calanga<br>Republic of Colombia<br><br>FILED JAN 28 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| **WARRANT ISSUED ON THE BASIS OF:** SUPERCEDING INDICTMENT | **DISTRICT OF ARREST** 29232-016 | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES

AIDING AND ABETTING;

FORFEITURE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>21:959, 960 and 963; 21:959 and 960; 18:2; 21:853 and 970 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| HWOB | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE ROBINSON | U.S. MAGISTRATE DEBORAH A. ROBINSON | January 3, 2006 |

| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
|---|---|---|
| Nancy Mayer-Whittington | [signature] | JAN 03 2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 1-28-08 | NAME AND TITLE OF ARRESTING OFFICER<br>Dusm D.L. Tolliver | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA CASE: Yes ___ No X | | OCDETF CASE: Yes ___ No X |

Case 1:05-cr-00342-RCL    Document 97    Filed 01/28/2008    Page 2 of 2