**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Case No.  05-342-10 (RCL) |
| | ) | 05-342-15 |
| **CARLOS DELGADO-GOMEZ** | ) | 05-342-18 |
| **a.k.a. "Carlanga" (10)** | ) | |
| | ) | |
| **JOSE HUGO ALVAREZ-LOZANO (15)** | ) | |
| | ) | |
| **GERARDO TOBON-ROJAS (18)** | ) | |
| **a.k.a. "Mateo"** | ) | |
| | ) | |
| Defendants**.** | ) | |
| | ) | |

**PROPOSED ORDER OF DETENTION**

Upon consideration of the Government' motion to detain Carlos Delgado-Gomez, Jose

Hugo Alvarez-Lozano, and Gerardo Tobon-Rojas without bond pending trial pursuant to 18

U.S.C. § 3142 and the record herein, it is, this _____ day of _____, 2008,

**ORDERED**, that the Government's motion is granted and that Carlos Delgado-Gomez,

Jose Hugo Alvarez-Lozano, and Gerardo Tobon-Rojas will be held without bond pending trial.

In support of this ruling, the Court makes the following findings:

1.  There is a presumption that the Carlos Delgado-Gomez, Jose Hugo Alvarez-Lozano,

and Gerardo Tobon-Rojas should be detained because they have been charged by Indictment with

an offense for which a maximum term of imprisonment of ten years of more is prescribed under

the Controlled Substances Act. 18 U.S.C. § 3142(e).

2.  Carlos Delgado-Gomez, Jose Hugo Alvarez-Lozano, and Gerardo Tobon-Rojas have

no significant ties to the United States and their personal characteristics support the conclusion

that they are a risk of flight if released.

3.  Carlos Delgado-Gomez, Jose Hugo Alvarez-Lozano, and Gerardo Tobon-Rojas are a danger to the community in general as a result of his drug trafficking activities.

4.  Carlos Delgado-Gomez, Jose Hugo Alvarez-Lozano, and Gerardo Tobon-Rojas have not rebutted the presumption contained in the Bail Reform Act and accordingly, no condition or combination of conditions will reasonably assure the appearance of the defendant at trial. See 18 U.S.C. § 3142(e).

5.  Carlos Delgado-Gomez, Jose Hugo Alvarez-Lozano, and Gerardo Tobon-Rojas shall be committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2).

6.  Carlos Delgado-Gomez, Jose Hugo Alvarez-Lozano, and Gerardo Tobon-Rojas shall be afforded reasonable opportunity for private consultation with counsel.  18 U.S.C. § 3142(i)(3).


_____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE
THE DISTRICT OF THE DISTRICT OF COLUMBIA


cc:    Patrick H. Hearn, Trial Attorney
       Narcotic and Dangerous Drug Section
       U.S. Department of Justice
       1400 New York Ave., N.W.,
       Washington, D.C. 20530
       202-305-7606
       patrick.hearn@usdoj.gov

Brian K. McDaniel
Attorney for Carlos Delgado-Gomez
1211 Connecticut Ave.m N.W.
Suite 506
Washington, D.C. 20036
202-331-0793
bkmassociates@aol.com

Heather Shaner
attorney for Hugo Alvarez-Lozano
1702 S Street, N.W.
Washington, D.C. 20003
202-265-8210
hhsesq@aol.com

Howard Katzoff
attorney for Gerardo Tobon-Rojas
717 D Street, N.W.
Suite 310
Washington, D.C. 20004
202-783-6414
katzoffh@aol.com