UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| *v* | * | Criminal № 05-342-02 (RCL) |
| **JESUS ANTONIO MURILLO LENIS** | * | |

**O R D E R**

Upon good cause shown in defendant's *Motion for Use of Law Library* and upon other evidence before the Court in the record of this case, it shall be and hereby is

**ORDERED**, this ____ day of _____, 2008, that defendant's Motion is hereby **GRANTED**, and it is

**FURTHER ORDERED**, that the DC Department of Corrections Central Treatment Facility (DCDC/CTF) shall permit defendant (DCDC № 317-223) to use the law library regularly on such days as the DCDC/CTF designates so that defendant will have twice weekly visits to the library.

                                                                              _____
                                                                              ROYCE C LAMBERTH.
                                                                              United States District Judge

Copies to:

All parties via ECF

Maria Amato, General Counsel
DC Department of Corrections
1923 Vermont Avenue NW
Washington DC 20001
Fax: 202-671-2514

Warden William J. Smith, CCE
Central Detention Facility
DC Department of Corrections

1901 D Street, SE
Washington, DC 20003
Fax: 202-698-4877

Warden John Caulfield
Central Treatment Facility, CCA
1901 E Street SE
Washington DC 20003
Fax: 202-698-3301