# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 05-342-03,** |
| | : | **12, 15, 17, 18, 19** |
| | : | **(RCL)** |
| | : | |
| **ARCHBOLD-MANNER et. al.,** | : | |

**(Ranfer Rios Mercado (03); Enrique Oyola-Ropero (12),
Jose Alvarez-Lozano (15), German Villegas-Mejia (17),
Gerardo Tobon-Rojas (18), Fernando Zapata Bermudez(19)**

## <u>ORDER</u>

Upon consideration of Defendants' Motion To Dismiss Count One or For A Bill

of Particulars, and the entire record in this case, it is hereby this _____ day of

_____, 2008,

**ORDERED,** that the defendants' motion be **GRANTED**; and is further

**ORDERED**, that Count One be **DISMISSED.**


_____
**ROYCE C. LAMBERTH,**
**CHIEF JUDGE**
United States District Court
for the District of Columbia