NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                              Criminal Number  1:05-CR-342-10 (RCL)

**CARLOS DELGADO-GOMEZ**
(Defendant)

TO:  NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Gregory S. Smith, D.C. Bar No. 472802
(Attorney & Bar ID Number)

Gregory S. Smith, Attorney at Law
(Firm Name)

913 East Capitol Street, S.E.
(Street Address)

Washington, D.C.  20003
(City)         (State)       (Zip)

(202) 460-3381
(Telephone Number)