UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | |
| CARLOS DELGADO-GOMEZ ) | NO. 05-CR-342-10 (RCL) |

**DEFENDANT DELGADO-GOMEZ'S MOTION FOR LEAVE TO ALLOW
HIS SUBSTITUTE APPOINTED COUNSEL TO FILE PRETRIAL MOTIONS**

NOW COMES defendant CARLOS DELGADO-GOMEZ, by and through undersigned counsel, and moves this Court to allow newly-appointed substitute counsel a reasonable period of time to file pretrial motions on his behalf. In support, Mr. Delgado-Gomez shows as follows:

1.

Carlos Delgado-Gomez is one of 25 defendants charged in this case. Count One of the latest Third Superseding Indictment charges him and all the other defendants with a conspiracy, beginning on or about April 28, 2005, to distribute five kilograms or more of cocaine, intending and knowing that the cocaine would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959 and 960. In Counts Two, Three, Five and Six, Mr. Delgado-Gomez and certain of his co-defendants are also charged with four substantive counts of distributing five kilograms or more of cocaine, on July 22, 2005, and January 21, March 7, and March 24, 2006, respectively, intending and knowing that the cocaine would be unlawfully imported into the United States, in violation of 21 U.S.C. § 959. Criminal forfeiture is also being sought.

1

2.

Several of the charged defendants have not yet made an appearance in this district. Mr. Delgado-Gomez's initial appearance in this Court occurred on or about January 29, 2008, following his arrest on these charges in Colombia, and approximately 17½ months incarcerated in a maximum security prison in Colombia, prior to his extradition from Colombia to the United States. At his initial appearance, Mr. Delgado-Gomez was declared indigent and eligible for representation under the Criminal Justice Act. On that date and thereafter, Mr. Bostick has been represented continuously by predecessor appointed counsel.

3.

Following a status conference held on June 12, 2008, this Court established deadlines for the filing of pretrial motions by the defendants who had appeared in this Court. Extra time for the filing of pretrial motions was then sought by certain of Mr. Delgado-Gomez's co-defendants, and was granted by this Court, through July 21, 2008. Although a variety of pretrial motions were filed by Mr. Delgado-Gomez's co-defendants – including motions to dismiss – no motions appear to have been filed or adopted by Mr. Delgado-Gomez's predecessor appointed counsel.

4.

Substitute appointed counsel was recently advised that he would be appointed to represent Mr. Delgado-Gomez. After conducting an initial review of Mr. Delgado-Gomez's case, undersigned substitute appointed counsel believes that the filing of pretrial motions on Mr. Delgado-Gomez's behalf would materially advance his defense. Undersigned counsel therefore now seeks leave of court to allow him a reasonable period of time to file on Mr. Delgado-Gomez's behalf pretrial motions that undersigned counsel believes in his professional judgment are appropriate to protect Mr. Delgado-Gomez's legal rights and interests.

5.

This motion should be granted, among other reasons, because of the stated seriousness of the charges facing Mr. Delgado-Gomez. The Government has repeatedly argued in its various filings in this case that charges filed against all of the defendants are quite serious, and that the defendants – including Mr. Delgado-Gomez, may be responsible for literally "thousands of kilograms of cocaine." The potential penalties facing Mr. Delgado-Gomez are enormous.

6.

It would be unjust to force Mr. Delgado-Gomez to face criminal charges of the severity described above without the benefits or protections of any pretrial motions.

7.

As noted above, undersigned counsel acknowledges this Court's stated deadline appears to have passed for the filing of pretrial motions – a deadline that this Court established prior to his appointment in this case as substitute counsel for Mr. Delgado-Gomez.

8.

This motion does not seek blanket authority for Mr. Delgado-Gomez to file pretrial motions, but only leave for him to file pretrial motions during a limited window of time that this Court deems reasonable. Undersigned counsel respectfully suggests that extending the deadline for Mr. Delgado-Gomez's new counsel to adopt or file motions through August 12, 2008 appears to be reasonable under the circumstances of this case – which this Court has already previously designated as unusually complex. The Government could present any response either orally at the August 14, 2008 motions hearing that this Court has already scheduled, or if necessary, through papers filed pursuant to a schedule adopted at that August 14, 2008 hearing.

3

9.

Allowing pretrial motions to be filed through August 12, 2008 would still allow all motions to be filed without any attendant risk of disruption to the motions hearing scheduled for August 14, 2008 before this Court. An extension of any length of time deemed reasonable by this Court, however, would be welcomed.

10.

Mr. Delgado-Gomez has not previously sought any extensions of time to file pretrial motions in this case.

11.

Undersigned counsel left a voice message with U.S. Department of Justice Trial Attorney Patrick Hearn last week, in an effort to discuss this case generally and to determine specifically the Government's position on this motion in advance of its filing. No response has yet been received, so it is not yet known if the Government will consent to or oppose this motion.

WHEREFORE, Mr. Delgado-Gomez requests that this motion be granted, and that his substitute appointed counsel be given until August 12, 2008 to file pretrial motions on his behalf.

Respectfully submitted,

      /s/      
Gregory S. Smith
D.C. Bar No. 472802
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing DEFENDANT DELGADO-GOMEZ'S MOTION FOR LEAVE TO ALLOW HIS SUBSTITUTE APPOINTED COUNSEL TO FILE PRETRIAL MOTIONS is being served upon counsel for the United States and all co-defendants' counsel through the Electronic Case Filing system.

This 6th day of August, 2008.

                                                /s/
                                    Gregory S. Smith