# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 05-342-10 (RCL)** |
| | ) | |
| **CARLOS DELGADO-GOMEZ** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**FILED**

AUG - 6 2008

Clerk, U.S. District and
Bankruptcy Courts

## ORDER

Now before the Court comes defendant's motion [204] for leave to allow substitute appointed counsel to file pretrial motions. Upon full consideration of the motion, it is hereby

ORDERED that the motion is GRANTED. Any pretrial motion shall be filed no later than August 12, 2008. The government's response shall be due on August 22, 2008.

The Court will hold a motions hearing in this case on August 14, 2008, at 10:00 a.m. rather than at 2:00 p.m. To the extent that defendant adopts pretrial motions filed by his co-defendants, the Court will consider such motions at that time.

SO ORDERED.


_____          8/6/08
Chief Judge Royce C. Lamberth                    Date