UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | |
| CARLOS DELGADO-GOMEZ ) | NO. 05-CR-342-10 (RCL) |

**DEFENDANT DELGADO GOMEZ'S MOTION TO
ADOPT AND CONFORM CO-DEFENDANTS' PRETRIAL MOTIONS**

NOW COMES Defendant CARLOS DELGADO-GOMEZ, by and through undersigned counsel, and moves this Court for leave to adopt and conform the following motions filed on behalf of the other defendants in this case:

1. Motion to Dismiss, filed by Defendant Gareth Daviton Lewis (Docket #112);

2. Motion for Use of Law Library, filed by Defendant Murillo-Lenis (Docket #138);

3. Motion for Discovery and for Bill of Particulars, filed by Defendant Perez-Rincon (Docket #155);

4. Motion to Provide Witness Statements in Original Language Pretrial, filed by Defendant Alvarez -Lozano (Docket #169);

5. Motion for Government to Obtain All Jencks to Have in its Possession for Disclosure, filed by Defendant Alvarez-Lozano (Docket #170);

6. Motion to Make All Agents Available for Trial, filed by Defendant Alvarez-Lozano (Docket #171);

7. Motion for Immediate Disclosure of Brady, Giglio and Other Information to Allow Overseas Investigation, filed by Defendant Alvarez-Lozano (Docket #172);

1

8. Motion for Government to Produce Schematic of Interrelatedness of Conspiracy, filed by Defendant Alvarez-Lozano (Docket #175);

9. Motion to Dismiss for Lack of Venue, filed by Defendant Perez-Rincon (Docket #181);

10. Joint Motion to Suppress Evidence, filed by Defendant Rios-Mercado and other Defendants (Docket #183);

11. Joint Motion for Missing Discovery, filed by Defendant Rios-Mercado and other Defendants (Docket #187);

12. Joint Motion to Compel Production of All Wiretap Calls, filed by Defendant Rios-Mercado and other Defendants (Docket #188);

13. Joint Motion to Sever Count Four, filed by Defendant Tobon-Rojas and other Defendants (Docket #189);

14. Joint Motion to Dismiss Indictment on Due Process Grounds, filed by Defendant Tobon-Rojas and other Defendants (Docket #190);

15. Motion for Preliminary Determination of Conspiracy and Pretrial Ruling on the Admissibility of Co-conspirators' Statements, filed by Defendant Zapata-Bermudez and other Defendants (Docket #191);

16. Joint Motion to Dismiss Count One, or for a Bill of Particulars, filed by Defendant Zapata-Bermudez and other Defendants (Docket #192);

17. Joint Motion for Timely Disclosure of the Identity of Informants, filed by Defendant Zapata-Bermudez and other Defendants (Docket #193);

18. Joint Motion for Timely Disclosure of Impeaching Evidence and Jencks Material, filed by Defendant Zapata-Bermudez and other Defendants (Docket #194);

19. Joint Motion to Suppress Evidence, filed by Defendant Rios-Mercado and other Defendants (Docket #198);

20. Motion for Notice of Intent to Introduce Uncharged Misconduct and Prior Convictions, filed by Defendant Murillo-Lewis (Docket #208);

21. Motion for Notice of Intent to Introduce Prior Convictions of any and all Government Witnesses, filed by Defendant Murillo-Lewis (Docket #209);

22. Motion for Sequestration Order and Disclosure of Movement to Date, filed by Defendant Murillo-Lewis (Docket #210);

23. Motion to Compel Disclosure of Information Regarding Confidential Informants, Witnesses and Cooperating Criminals, filed by Defendant Murillo-Lewis (Docket #211); and

24. Motion to Preserve Notes, Report and Evidence, filed by Defendant Murillo-Lewis (Docket #212).

This motion to adopt is designed to avoid redundancy in pleadings, in an effort to "secure simplicity in procedure and fairness in administration, and to and to eliminate unjustifiable expense and delay." Fed. R. Crim. P. 2. To the extent that this Court believes that additional facts or circumstances must be alleged as to Mr. Delgado-Gomez's individualized situation before he can obtain relief that is similar to or that parallels what his co-defendants are seeking in these motions, Mr. Delgado-Gomez also seeks leave of court as necessary to conform the co-defendants' motions, by particularizing them and adding specific facts as necessary to warrant such relief.

The above-listed motions represent all the motions received by undersigned counsel as of the date of this filing which he wishes to adopt at this time on behalf of Defendant Delgado-Gomez. For any additional motions received by undersigned counsel after the filing of this motion, or if additional facts and circumstances are revealed or discovered, or for other good cause shown, undersigned counsel reserves the right, with leave of court, to identify additional motions that he may wish to adopt or conform on behalf of Defendant Delgado-Gomez.

WHEREFORE, Defendant Carlos Delgado-Gomez prays that this motion be granted.

Respectfully submitted,

_____/s/_____
Gregory S. Smith
D.C. Bar No. 472802
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381
Counsel for Defendant Carlos Delgado-Gomez

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT DELGADO-GOMEZ'S MOTION TO ADOPT AND CONFORM CO-DEFENDANTS' PRETRIAL MOTIONS is being served upon the United States, through United States Department of Justice Trial Attorney Patrick Hearn, as well as upon counsel for each of Mr. Delgado-Gomez's co-defendants, through the Electronic Case Filing system. This 12th day of August, 2008.

_____/s/_____
Gregory S. Smith