UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | |
| CARLOS DELGADO-GOMEZ | ) | NO. 05-CR-342-10 (RCL) |
| | ) | |

ORDER

Upon consideration of Defendant Delgado-Gomez's Motion to Adopt and Conform Co-Defendants' Pretrial Motions, and for good cause shown, it is hereby,

**ORDERED** that the motion is hereby granted. Defendant Delgado-Gomez shall also be granted leave to perfect these adopted motions by providing additional facts to conform those motions to his individual circumstances, if necessary and as otherwise warranted.

**SO ORDERED** this _____ day of _____, 2008.


_____
ROYCE C. LAMBERTH
Chief Judge, United States District Court

1