UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                   )<br>)<br>CARLOS DELGADO-GOMEZ           )<br>) | CRIMINAL ACTION<br><br>NO. 05-CR-342-10 (RCL) |

ORDER

Upon consideration of Defendant Delgado-Gomez's Perfected Motion to Dismiss, the government's response thereto and the entire record, and for good cause shown, it is hereby,

**ORDERED** that the defendant's motion is **GRANTED.**

**SO ORDERED** this _____ day of _____, 2008.

_____
ROYCE C. LAMBERTH
Chief Judge, United States District Court