UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>CARLOS DELGADO-GOMEZ )<br>) | CRIMINAL ACTION<br><br>NO. 05-CR-342-10 (RCL) |

ORDER

Upon consideration of Defendant Delgado-Gomez's Motion to Suppress Statements, and for good cause shown, it is hereby

**ORDERED** that the motion is granted. Pursuant to Fed. R. Crim. P. 16(a)(1)(A) & (B), the Government shall, within 7 days hereof, notify the defense of any and all oral or written statements of Defendant Delgado-Gomez that are within its possession, custody and control. The Government shall also indicate at that time whether it intends to introduce or use any such statements at trial. If it does, this Court will schedule an evidentiary hearing, pursuant to *Jackson v. Denno*, 378 U.S. 368 (1964), to determine the voluntariness of any such statement taken from Defendant Delgado-Gomez, prior to its introduction or use at trial.

**SO ORDERED** this _____ day of _____, 2008.

ROYCE C. LAMBERTH
Chief Judge, United States District Court