UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARLOS DELGADO-GOMEZ )<br>) | CRIMINAL ACTION<br><br>NO. 05-CR-342-10 (RCL) |

ORDER

Upon consideration of Defendant Delgado-Gomez's Motion to Rescind Declaration of Excludable Time, the Government's response thereto, and for good cause shown, it is hereby

**ORDERED** that Part II of this Court's Order of April 17, 2008, entitled "Exclusion of Time Under the Speedy Trial Act," is hereby stricken in its entirety, *nunc pro tunc*. The parties are hereby directed to submit written briefs, due within 10 days hereof, discussing whether the applicable time limits of the Speedy Trial Act, 18 U.S.C. § 3161, et seq., or other speedy trial requirements, have been exceeded in this case.

**SO ORDERED** this _____ day of _____, 2008.

_____
ROYCE C. LAMBERTH
Chief Judge, United States District Court