UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL ACTION |
| ) | |
| CARLOS DELGADO-GOMEZ ) | NO. 05-CR-342-10 (RCL) |
| ) | |

### PRELIMINARY MOTION TO SEVER DEFENDANTS FOR TRIAL

NOW COMES Defendant CARLOS DELGADO-GOMEZ, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 12(b)(3)(D) & 14, files this preliminary motion seeking a severance of his trial from that of the other co-defendants in this case. Mr. Delgado-Gomez preliminarily requests that he be tried individually, thereby allowing him to avoid the spillover prejudice that might otherwise ensue from a combined trial, and also allowing him to take advantage of any exculpatory testimony from his co-defendants who might otherwise exercise their right to remain silent in a combined trial. Mr. Delgado-Gomez reserves the right to supplement this motion to the extent that additional facts and circumstances develop.

Under Fed. R. Crim. P. 14, this Court is authorized to balance the possible prejudice to a defendant of a joint trial against the concerns of judicial economy. While admittedly "[t]here is a preference in the federal system for joint trials of defendants who are indicted together," Zafiro v. United States, 506 U.S. 534 (1993), a district court nevertheless "should grant a severance," – even when defendants have properly been joined under Rule 8(b) – if "there is a serious risk that a joint trial would compromise a specific trial right of one of the defendants, or prevent the jury from making a reliable judgment about guilt or innocence." Id.

1

Under Fed. R. Crim. P. 12(b)(3)(D), a motion to sever charges or defendants must be filed before trial. Undersigned counsel was appointed to this case less than two weeks ago, and has not yet had adequate time to fully investigate whether Mr. Delgado-Gomez's trial should be severed from his co-defendants. He therefore seeks a reasonable opportunity to perfect and supplement this motion as necessary, in the interests of justice.

Attorney Anthony D. Martin, Esq., appointed to represent co-defendant Jesus Murillo-Lopez at approximately the same time as undersigned counsel entered this case, has requested leave to file pretrial motions through August 23, 2008. See Motion for Permission to File Out of Time (Docket #207). In light of Mr. Martin's generalized request, Mr. Delgado-Gomez requests that he be given a similar extension, through August 23, 2008 to at least perfect this motion, if necessary. The Government will not be materially prejudiced by such leave being granted.

WHEREFORE, Defendant Delgado-Gomez preliminarily moves this Court to sever his trial from his co-defendants, and seeks leave to perfect this motion through August 23, 2008.

Respectfully submitted,

/s/
Gregory S. Smith
D.C. Bar No. 472802
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT DELGADO-GOMEZ'S MOTION TO SEVER DEFENDANTS FOR TRIAL is being served upon counsel for the United States, Department of Justice Trial Attorney Patrick H. Hearn, Esq., as well as on counsel for all co-defendants, through the Electronic Case Filing system. This 12th day of August, 2008.

/s/
Gregory S. Smith