UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | |
| CARLOS DELGADO-GOMEZ ) | NO. 05-CR-342-10 (RCL) |
| ) | |

### ORDER

Upon consideration of Defendant Delgado-Gomez's Preliminary Motion to Sever Defendants for Trial, and for good cause shown, it is hereby

**ORDERED** that Defendant Delgado-Gomez shall be granted leave to supplement this motion as necessary through August 23, 2008, in an effort to establish that Mr. Delgado-Gomez is entitled to a trial that should be held separate from the other co-defendants in this case.

**SO ORDERED** this _____ day of _____, 2008.

_____
ROYCE C. LAMBERTH
Chief Judge, United States District Court