UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | |
| CARLOS DELGADO-GOMEZ ) | NO. 05-CR-342-10 (RCL) |
| ) | |

## MOTION FOR RETURN OF PROPERTY

NOW COMES Defendant CARLOS DELGADO-GOMEZ, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 41(g), moves this Court for an Order requiring the United States Government to promptly return any and all property it obtained from Ms. Delgado-Gomez, either through unlawful searches or seizures, or that the Government does not intend to use as evidence in this case. In addition, the Order should require that all property seized from Ms. Delgado-Gomez must be preserved intact, and that it should be returned to Ms. Delgado-Gomez or, with his permission, to his family, following the conclusion of this case, unless it has been forfeited, represents contraband, or Mr. Delgado-Gomez or his counsel has provided written authorization for its disposal or destruction.

WHEREFORE, Defendant prays that this motion be granted.

Respectfully submitted,

_____/s/_____
Gregory S. Smith
D.C. Bar No. 472802
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT DELGADO-GOMEZ'S MOTION FOR RETURN OF PROPERTY is being served upon counsel for the United States, Department of Justice Trial Attorney Patrick H. Hearn, Esq., as well as upon counsel for each of his co-defendants, through the Electronic Case Filing system. This 12th day of August, 2008.

　　　　　　　　　／s／　　　　　　
　　　　　　　Gregory S. Smith