UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | |
| CARLOS DELGADO-GOMEZ | ) | NO. 05-CR-342-10 (RCL) |
| | ) | |

ORDER

Upon consideration of Defendant Delgado-Gomez's Motion for Return of Property, and for good cause shown, it is hereby

**ORDERED** that the motion is granted. The Government is directed to preserve all property within its actual or constructive possession that was seized from Defendant Delgado-Gomez at the time of his arrest in this case, and to return to Defendant Delgado-Gomez at the conclusion of this case (including final resolution of any appeal), all such property unless it has either been forfeited or it represents contraband. The Government is also directed to return to Defendant Delgado-Gomez prior to the conclusion of this case all such property that is either determined to be illegally seized, or that that the Government has determined it does not intend to use as evidence in this case.

**SO ORDERED** this _____ day of _____, 2008.

_____
ROYCE C. LAMBERTH
Chief Judge, United States District Court

1