UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | |
| CARLOS DELGADO-GOMEZ ) | NO. 05-CR-342-10 (RCL) |

### ORDER

Upon consideration of Defendant Delgado-Gomez's Motion for Pretrial Discovery, and after consideration of the government's response thereto and the entire record in this matter, and for good cause shown, it is hereby

**ORDERED** that the defendant's motion is granted, and that the Government shall produce all requested discovery to the defendant no later than September 13, 2008, except for Jencks Act materials, which shall be produced to the defendant at least one week prior to the jury selection in this case, as required by considerations of due process in this particular case.

**SO ORDERED** this _____ day of _____, 2008.

_____
ROYCE C. LAMBERTH
Chief Judge, United States District Court

1