A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

        Plaintiff(s)       )       **APPEARANCE**

        vs.       )       CASE NUMBER   CR-05-342-RCL
Alvaro Serrano Archbold-Manner, et al

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Teresa A. Wallbaum  as counsel in this
        (Attorney's Name)

case for:  United States of America
        (Name of party or parties)

August 14, 2008
Date

*Teresa A. Wallbaum* (Signature)
Signature

Teresa A. Wallbaum
Print Name

Illinois # 6211941
BAR IDENTIFICATION

1400 New York Ave, NW
Address

Washington, DC 20530
City  State  Zip Code

(202) 616-5193
Phone Number