UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**          )<br>                                                                      )<br>          Plaintiff,          )<br>                                                                      )<br>     v.                                    )   Criminal Case No.  05-342-10 (RCL)<br>                                                                      )<br>**CARLOS DELGADO-GOMEZ**          )<br>     a.k.a. "Carlanga" (10)          )<br>                                                                      )<br>          Defendant**.**          )<br>_____ ) | |

### GOVERNMENT'S MOTION TO PERMIT USE OF DEFENDANT CARLOS DELGADO-GOMEZ'S STATEMENT

The United States, through its attorney, Patrick H. Hearn, Trial Attorney, Narcotic and Dangerous Drug Section, United States Department of Justice, respectfully moves this court to allow the government to seek to use defendant's statement in its case in chief.

On August 15, 2008 the Court issued an order stating the government may not use in its case in chief any prior statement of a defendant if that statement had not been produced to the defendant's attorney by August 15, 2008.  The government was unaware of the order's issuance until Saturday, August 16, 2008, at approximately 7:45 a.m., when government counsel reviewed his blackberry messages and saw an email from the Court's staff concerning the order.   Unable to review the order on the blackberry, government counsel went to his office at approximately 10:00 a.m. on Saturday, August 16 and reviewed the order.[1]

---

[1] On Friday, August 15, government counsel was with the Court until about 4 p.m.  After leaving court, counsel returned to his office but left at about 5:50 p.m.  On Saturday, August 16, counsel discovered that the Court's staff had attempted on Friday, August 15 to alert counsel to the order, first by leaving a voice message on counsel's office phone at 6:05 p.m. and then by sending counsel an email at 6:54 p.m.  Counsel did not learn of these attempts until the next day.

After reading the Court's order, the government immediately called and spoke to Delgado's attorney. At 10:22 a.m. on Saturday, August 16, the government emailed Delgado's attorney the report documenting an interview with Delgado. Later that afternoon, the government was informed through the email server that the email did not go through. The government resent the email at 6:10 p.m. It receipt was acknowledged by defense counsel.

The government did not disregard the Court's Order intentionally or even through negligence. Once learning of the contents of the order, the government acted immediately to comply with the order. The defendant has not been prejudiced by the short delay in receiving the statement on Saturday, August 16 instead of Friday, August 15.

## Conclusion

For all of the foregoing reasons, the Government respectfully requests that the Court permit the government to seek to use Carlos Delgado-Gomez's statement in its case in chief.

Dated: August 17, 2008

Respectfully submitted

WAYNE RAABE, Acting Chief
Narcotics and Dangerous Drug Section

 /s/
Patrick H. Hearn
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 305-7606
 patrick.hearn@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certified that a copy of the forgoing Motion and Proposed Order were served upon Greg Smith, attorney for Carlos Delgado Gomez on August 17, 2008, via ECF.

                                        /s/
                                        Patrick H. Hearn
                                        Trial Attorney
                                        U.S. Department of Justice