UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Case No. 05-342-10 (RCL) |
| | ) |
| **CARLOS DELGADO-GOMEZ** | ) |
| a.k.a. "Carlanga" (10) | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

Upon consideration of the Government' motion to permit the Government to seek to use defendant Carlos Delgado-Gomez's statement in its case in chief, and any response thereto, it is,

this _____ day of _____, 2008,

**ORDERED**, that the Government's motion is **GRANTED** and the government shall be allowed to seek to use the statement of defendant Carlos Delgado-Gomez in its case in chief.

_____
HONORABLE ROYCE C. LAMBERTH
CHIEF JUDGE, UNITED STATES DISTRICT COURT
THE DISTRICT OF THE DISTRICT OF COLUMBIA

cc:  Patrick H. Hearn, Trial Attorney            Greg Smith, attorney for Delgado
     Narcotic and Dangerous Drug                 913 E. Capitol St., S.E.
     Section                                     Washington, DC 20003
     U.S. Department of Justice                  (202) 460-3381
     1400 New York Ave., N.W.,                   gregsmithlaw@verizon.net
     Washington, D.C. 20005
     patrick.hearn@usdoj.gov