U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: SA ▓▓▓ At: ▓▓▓ | ☒ ▓▓▓ ☒ ▓▓▓ ☐ ☐ ☐ | | 6. File Title ▓▓▓ | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | | 8. Date Prepared ▓▓▓ | |

9. Other Officers: SAs Carl Beckett and Robert Roth (Cartagena RO)

10. Report Re: Post-Arrest Statements of Carlos DELGADO-Gomez in Santa Marta, CB on August 16, 2006.

### SYNOPSIS

On August 16, 2006 shortly after 4:00 a.m. (Colombian time), Carlos DELGADO-Gomez (hereafter DELGADO), a/k/a "CARLANGA", was arrested in Barranquilla, Colombia by the Colombian Military Police (CMP) acting in concert with the Cartagena RO.

### DETAILS

1. DELGADO's arrest was executed on behalf of a provisional arrest warrant (PAW) issued by DOJ's Narcotics and Dangerous Drug Section (NDDS) in Washington D.C. Following his arrest, DELGADO was transported by the CMP from Barranquilla to a CMP base in Santa Marta, Colombia for processing.

2. At approximately 2:00 p.m., SAs Zachariasiewicz, Roth and Beckett were permitted to interview DELGADO. SA Roth read DELGADO his Miranda Rights in Spanish from a DEA Form 13A (advisement of rights card) provided by SA Zachariasiewicz. SA Roth asked DELGADO if he understood the rights afforded him after each line of the card. DELGADO answered affirmatively each time SA Roth asked. After acknowledging his rights and agreeing to questioning, DELGADO stated the following in substance and in part.

| 11. Distribution: Division  District SEE LAST PAGE  Other | 12. Signature (Agent) SA Rob Zachariasiewicz | 13. Date 8-23-06 |
|---|---|---|
| | 14. Approved (Name and Title) Brian Dodd Group Supervisor | 15. Date 9/6/06 |

DEA Form - 6
(Jul. 1996)
    RFZ
4 - Extra

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Exhibit A