# Witnesses/Evidence
## New Defendants

- **Witness**
  - DEA Special Agent Carl Beckett
    - Colombia
  - DEA Special Agent Robert Zachariasiewicz
    - Virginia

- **Evidence**
  - Surveillance
  - Intercepted Phone Calls
  - Related seizure of cocaine

**Exhibit B**