UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Case No. 05-342-10 (RCL) |
| ) | |
| **CARLOS DELGADO-GOMEZ** ) | |
| a.k.a. "Carlanga" (10) ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR PRETRIAL DISCOVERY

The United States, by and through its attorney, Patrick H. Hearn, Trial Attorney, Narcotic and Dangerous Drug Section, United States Department of Justice, hereby respectfully this government's response to defendant's motion for pretrial discovery. The government does not object to the specific discovery requests contained in defendant's motion.

Regarding defendant's request for information on the government's position regarding the Sentencing Guidelines the government objects to the request as outside the scope of any conceivable discovery obligation placed upon the government. However, should the defendant in "good faith" inform the government he intends to plea guilty or desires to engage in plea negotiations the government will discuss in "good faith" with defendant's attorney our position regarding the application of the Sentencing Guidelines to the defendant.

Consequently, pursuant to the defendant's request to receive the requested discovery by September 14, 2008, and the Court's order, issued August 15, 2008, the government will produce the requested discovery by the required dates.

Dated: August 22, 2008

                          Respectfully submitted

                          WAYNE RAABE, Acting Chief
                          Narcotics and Dangerous Drug Section

                          /s/
                          Patrick H. Hearn
                          Trial Attorney
                          Narcotics and Dangerous Drug Section
                          U.S. Department of Justice
                          1400 New York Avenue, N.W.
                          Washington, D.C. 20005
                          (202) 305-7606

## **CERTIFICATE OF SERVICE**

    I hereby certified that a copy of the forgoing Motion and Proposed Order was served upon Greg Smith, attorney for Carlos Delgado Gomez on August 22, 2008, via ECF

                          /s/
                          Patrick H. Hearn
                          Trial Attorney
                          U.S. Department of Justice