UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALVARO SERRRANO ) | CRIMINAL NO. 05-342 (RCL) |
| ARCHBOLD-MANNER, *et al.* ) | |
| ) | |
| Defendants. ) | |

**FILED**
AUG 27 2008
Clerk, U.S. District and
Bankruptcy Courts

<u>**ORDER**</u>

Upon Consideration of the government's motion [236] to permit the use of Carlos Delgado-Gomez's statement, the opposition and reply thereto, and the record herein, it is hereby

ORDERED that the government's motion is GRANTED. The government did not learn of the August 15 deadline until August 16, and it complied the same day. Government counsel was not aware of the statement at the time of the June 12, 2008, deadline for producing any statements of defendants, and there is no evidence of bad faith or improper conduct in the late disclosure—it was apparently an inadvertent—albeit sloppy—error. In any event, there is no prejudice that would cause the court to preclude use of the statement.

SO ORDERED.

_____          8/27/08
Chief Judge Royce C. Lamberth             Date