OPERATION MOUNTAIN MIST 2006
LAW ENFORCEMENT SENSITIVE
Exhibit B