UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>                   Plaintiff,                 )<br>                                                        )<br>          v.                                         )<br>                                                        )<br> ALVARO SERRANO                    )<br> ARCHBOLD-MANNER, *et al.*     )<br>                                                        )<br>                   Defendants.            )<br>_____) | FILED<br><br>OCT 2 4 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>CRIMINAL NO. 05-342 (RCL) |

## MEMORANDUM TO COUNSEL

On October 23, 2008, defendants Jesus Antonio Murillo-Lenis, Ranfer Manuel Rios-Mercado, Carlos Delgado-Gomez, Enrique Oyola-Ropero, Jose Hugo Alvarez-Lozano, Jaime Hernan Gutierrez-Diaz, Gerardo Tobon-Rojas, Fernando Zapata-Bermudez, and Juan Eduardo Perez-Rincon pled guilty and were sentenced before this Court. Counsel for Tobon-Rojas requested that the Court recommend that he be detained at FCI Miami. All other defendants tentatively requested that the Court recommend they be detained in Florida at FCI Coleman. Some counsel also stated that they wished to confer with their clients about their request for the location of incarceration. Accordingly, it is hereby ORDERED that the Court will consider all modifications to the requests for location of incarceration until 5:00 P.M. on October 24, 2008. It is further ORDERED that the government has until 6:00 P.M. to file any opposition to the requests.

SO ORDERED.

_____          __10/24/08__
Chief Judge Royce C. Lamberth                     Date